UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| CHERYL ALPHONSO,<br><br>    Plaintiff,<br><br>v.<br><br>Experian Information Solutions, Inc.; Equifax Information Services, LLC; TransUnion, LLC; Rushmore Loan Management Services, LLC, Carrington Mortgage Services, LLC<br><br>    Defendants. | Case No.  2:22-CV-01078-KJN<br><br>[PROPOSED] ORDER GRANTING SECOND JOINT STIPULATED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT<br><br><br>Current response deadline: September 12, 2022<br>New response deadline: September 26, 2022 |

The joint motion for extension of time for Defendant Carrington Mortgage Services, LLC ("Carrington") to respond to the first amended complaint is **GRANTED**.  Carrington shall respond to the first amended complaint on or before September 26, 2022.

**IT IS SO ORDERED.**

Dated:  September 14, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE