UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| CHERYL ALPHONSO,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Experian Information Solutions, Inc.; Equifax Information Services, LLC; TransUnion, LLC; Rushmore Loan Management Services, LLC, Carrington Mortgage Services, LLC<br><br>　　　　　Defendants. | Case No.  2:22-CV-01078-WBS-KJN<br><br>**ORDER GRANTING THIRD JOINT STIPULATED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Current response deadline: September 26, 2022<br>New response deadline: October 3, 2022 |

　　　The joint motion for extension of time for Defendant Carrington Mortgage Services, LLC ("Carrington") to respond to the first amended complaint is **GRANTED**.  Carrington shall respond to the first amended complaint on or before October 3, 2022.

**IT IS SO ORDERED.**

Dated:  September 30, 2022

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE