Joe Angelo (Bar No. 268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, California 95747
Telephone: 916-290-7778
Facsimile: 916-721-2767

Attorneys for Plaintiff
Cheryl Alphonso

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| CHERYL ALPHONSO, | Case No.: 2:22-cv-01078-WBS-KJN |
| Plaintiff, | |
| vs. | **ORDER** |
| EXPERIAN INFORMATION SOLUTIONS, INC., et. al. | |
| Defendants. | |

**ORDER**

Pursuant to the stipulation of the Parties, this action is hereby dismissed with prejudice as against defendant Carrington Mortgage Services, LLC only and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: February 28, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE