Joe Angelo (Bar No. 268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Patrick, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, California 95747
Telephone: 916-290-7778
Facsimile: 916-721-2767

Attorneys for Plaintiff
Cheryl Alphonso

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| CHERYL ALPHONSO, | Case No.: 2:22-cv-01078-WBS-KJN |
| Plaintiff, | |
| vs. | **ORDER** |
| EXPERIAN INFORMATION SOLUTIONS, INC., et. al. | |
| Defendants. | |

**ORDER**

Pursuant to the stipulation of the Parties, Rushmore Loan Management Services, LLC is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:  April 21, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE